**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10031 |
| | No. 11-10032 |
| Plaintiff - Appellee, | |
| | D.C. No. 1:10-cr-00539-JMS |
| ANTHONY HOWARD RANSOM, a.k.a. | D.C. No. 1:10-cr-00102-JMS |
| Anthony Paul King, a.k.a. Tony, | |
| | |
| Defendant - Appellant. | MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Hawaii
J. Michael Seabright, District Judge, Presiding

Submitted January 17, 2012[**]

Before:    LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

In these consolidated appeals, Anthony Howard Ransom appeals from his

guilty-plea convictions and 144-month sentence for structuring financial

transactions, in violation of 31 U.S.C. § 5324(a)(3), and attempted distribution of

one kilogram or more of heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 846,

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

and 18 U.S.C. § 2.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Ransom's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Ransom with the opportunity to file a pro se supplemental brief.  No pro se supplemental brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief as to the defendant's convictions.  We dismiss the appeal of the sentence in light of the valid appeal waiver.  *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED.**

The convictions are **AFFIRMED**, and the appeal of the sentence is **DISMISSED**.